Samuel E. **HILL**, III, Claimant–Appellant,

v.

Eric K. **SHINSEKI**, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7016.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2012.

Sean A. Ravin, of Washington, DC, argued for claimant-appellant.

Stacey K. Grigsby, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Kirk T. Manhardt, Assistant Director, and Renee A. Gerber, Trail Attorney. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Dana Raffaelli, Attorney, United States Department of Veterans Affairs, of Washington, DC.

NEWMAN, PROST, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**